**Order filed October 10, 2016**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-16-00697-CV

—————————

## IN FORREST LOCKE AND SHERRI LEYENDECKER Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 432,609**

---

## CONTINUING ABATEMENT ORDER

On September 9, 2016, relators Forrest Locke and Sherri Leyendecker filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Rory R. Olsen, presiding judge of Probate Court No. 3 of Harris County, to set aside his August 23, 2016 order denying relators' motion to quash the prejudgment writ of garnishment in trial court cause number 432,609, styled *In re Estate of Cecil Wayne Clancy, Deceased*.

On September 29, 2016, the parties filed a joint motion to abate this original proceeding through October 6, 2016, to allow the parties to continue settlement negotiations.  On September 30, 2016, we granted the joint motion to abate, abated this case until October 6, 2016, and directed relators and real party in interest to advise this court of the status of the settlement.

On October 6, 2016, relators and real party in interest advised this court that the parties were still attempting to settle the case, and requested that the abatement be continued through October 14, 2016.  We **GRANT** the request.

Therefore, the abatement of this case is continued through October 14, 2016, at which time relators and real party in interest are directed to advise the court of the status of the case.  The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion.  This court will also consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

It is so ORDERED.

PER CURIAM